AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Brian Douglas Laws, | ) | |
|---|---|---|
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No.    0:14-cv-02532-BHH |
| Mrs. Stokes, R.N.; Mr. Ayers, Nurse; Mrs. Montgomery, Nurse; Mr. Dean, Associate Warden; Mr. Bush, Warden, | ) ) ) | |
| *Defendant,* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Brian Douglas Laws, shall take nothing of the defendants, Mrs. Stokes, Mr. Ayers, Mrs. Montgomery, Mr. Dean, and Mr. Bush, and this action is dismissed with prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Bruce Howe Hendricks, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismissed the complaint with prejudice for failure to prosecute.

Date:   October 8, 2015                    *ROBIN L. BLUME, CLERK OF COURT*

                                            s/G. Mills

                                            *Signature of Clerk or Deputy Clerk*